1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  RUTH M. BOND, State Bar #214582
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3976
6  Facsimile:    (415) 554-4248
   E-Mail:       ruth.bond@sfgov.org

7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  SPENCER F. SMITH, ESQ., State Bar #236587
   DOW W. PATTEN, ESQ., State Bar #135931
10 LAW OFFICES OF SPENCER F. SMITH
   353 Sacramento St., Suite 1120
11 San Francisco, CA  94111
   Telephone:    (415) 520-6950
12 Facsimile:    (415) 520-0104

13 Attorneys for Plaintiff
   JEANETTE MOLEX

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 | JEANETTE MOLEX,                          | Case No. C 11-01282 SI
18 |     Plaintiff,                           | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
19 |     vs.                                  |
20 | CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-10, |
21 |                                          |
   |     Defendant.                           |
22

ORDER CONT. CMC – CASE NO.  C11-01282 SI         1              n:\labor\li2011\100733\00714048.doc

1   The Court has considered the parties stipulation and request to continue the initial Case
2   Management Conference, and good cause having been shown, it is **SO ORDERED** as follows:
3   The initial Case Management Conference currently set for August 5, 2011, is continued to
4   **August 26, 2011**.
5   Dated: July __21, 2011

_____
6   HON. SUSAN ILLSTON