IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOLEX,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant.<br>_____/ | No. C 11-01282 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 16, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>March 30, 2012</u>.

DESIGNATION OF EXPERTS: <u>6/4/12</u>; REBUTTAL: <u>6/15/12</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 13, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 6, 2012</u>;

   Opp. Due <u>April 20, 2012</u>;  Reply Due <u>April 27, 2012</u>;

  and set for hearing no later than <u>May 11, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 7, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 20, 2012</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.
The mediation session shall occur in November 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  8/30/11

                                                  _____
                                                  SUSAN ILLSTON
                                                  United States District Judge