UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEANETTE MOLEX,

    Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

Case No.: C-11-01282-YGR

**ORDER DENYING JOINT REQUEST TO CONTINUE TRIAL DATE AND PRETRIAL DATES**

On March 16, 2012, the parties filed a Stipulation and Joint Request to Continue Trial Date and Pretrial Dates. (Dkt. No. 27.) The parties' Request is **DENIED**. The parties are further directed to review this Court's Standing Order in Civil Cases at section 9 regarding a pre-filing conference prior to filing a summary judgment motion.

The parties may stipulate to a Magistrate Judge for all further proceedings, including trial, and may jointly propose two names. The Court will determine whether the proposed Magistrates are available for trial within the parties' preferred timeframes.

**IT IS SO ORDERED.**

Date: March 20, 2012

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**