United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANETTE MOLEX**<br><br>        Plaintiffs,<br><br>    vs.<br><br>**THE CITY AND COUNTY OF SAN FRANCISCO,**<br><br>        Defendant. | Case No.: C11-1282 YGR<br><br>**ORDER** |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 9, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**