1

2

3

4             **UNITED STATES DISTRICT COURT**

5             **NORTHERN DISTRICT OF CALIFORNIA**

6             **SAN FRANCISCO DIVISION**

7

8   JEANETTE MOLEX,                          Case No. 4:11-cv-011282 YGR (NC)

9                   Plaintiff,
                                             **ORDER FOR DEFENDANT TO**
10                  v.                        **SUPPLEMENT ITS**
                                             **SETTLEMENT CONFERENCE**
11  CITY & COUNTY OF SAN FRANCISCO,          **STATEMENT**

12                  Defendants.

13

14

15      Defendant City & County of San Francisco is ordered by June 4, 2012 to

16  supplement its Settlement Conference Statement with information as to the party's

17  position on settlement, including present demands, offers, and a history of past settlement

18  discussions. San Francisco shall also identify in its supplement the person with unlimited

19  settlement authority who will be representing it at the Settlement Conference. See

20  Settlement Conference Standing Order, Doc. 58-1, filed May 11, 2012.

21      IT IS SO ORDERED.

22

23      DATED: June 1, 2012

24                                           _____
                                             NATHANAEL M. COUSINS
25                                           United States Magistrate Judge

26

27

28

Case No. 4:11-01282 YGR (NC)
ORDER