# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANETTE MOLEX,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. 4:11-cv-011282 YGR (NC)<br><br>**ORDER FOR DEFENDANT TO SUPPLEMENT ITS SETTLEMENT CONFERENCE STATEMENT** |

Defendant City & County of San Francisco is ordered by June 4, 2012 to supplement its Settlement Conference Statement with information as to the party's position on settlement, including present demands, offers, and a history of past settlement discussions. San Francisco shall also identify in its supplement the person with unlimited settlement authority who will be representing it at the Settlement Conference. See Settlement Conference Standing Order, Doc. 58-1, filed May 11, 2012.

IT IS SO ORDERED.

DATED: June 1, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 4:11-01282 YGR (NC)
ORDER