# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANETTE MOLEX,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**THE CITY AND COUNTY OF SAN FRANCISCO,**<br><br>    **Defendant.** | **Case No.: C-4:11-1282-YGR (KAW)**<br><br>**ORDER** |

On June 1, 2012, Defendant filed a request for an extension of time to produce a deponent for deposition. Pursuant to the undersigned's May 31 order, Defendant was required to produce a deponent to testify regarding Plaintiff's Rule 30(b)(6) categories 1 and 4 by June 12. Defendant seeks an extension of time because the deponent, Karl Johnson, is out of the office until June 11. Defendant requests an additional week to produce Johnson for deposition.

Plaintiff has not filed a response to defendant's request. Although Plaintiff's supplemental opposition to Defendant's motion for summary judgment is due on June 15, Plaintiff's brief is limited to the "issue of a policy or longstanding practice for *Monell* liability." Dkt #71. As Plaintiff has not objected to Defendant's request, and it is not immediately apparent that Johnson's deposition is likely to produce evidence that Plaintiff can use in preparing her brief, the court grants Defendant's request.

///

///

///

1    Accordingly, it is hereby ORDERED that Defendant has until June 19 to produce a deponent
2 to testify regarding Plaintiff's Rule 30(b)(6) categories 1 and 4.

**DATE: June 5, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**