SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for
JEANETTE MOLEX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE MOLEX, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, and DOES 1-10<br><br>　　　　Defendants. | CASE NO. C 11-01282 YGR-KAW<br><br>**[PROPOSED] ORDER PERMITTING FURTHER 30(b)(6) DEPOSITION OF CATEGORIES 1 AND 4 AFTER TIME SET BY COURT ORDER** |

　　　　Based upon the STIPULATION PERMITTING FURTHER (30)(b)(6) DEPOSITION OF CATEGORIES 1 AND 4 AFTER DEADLINE SET BY COURT, and good cause Appearing, IT IS HEREBY ORDERED:

The Deposition of Defendant CCSF as to Categories 1 and 4 pursuant to Federal Rule Civ. Proc. Rule 30(b)(6) shall take place at a mutually convenient time for the parties on or before July 31, 2012.

SO ORDERED.

DATE: July 17, 2012

_____
KANDIS
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

1

[PROPOSED] ORDER